UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
STATE FARM AUTOMOBILE INSURANCE
COMPANY,
                  Plaintiff,

v.

NIQUELLE D. SPENCER and CHAUNIECE
Y. JOHNSON,
                  Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 4677 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/22

    Under Rule 4 of the SDNY Rules for the Division of Business Among District Judges, when a complaint is filed in a civil action, the plaintiff must accurately complete and file a Civil Cover Sheet consistent with Rule 18 of the Division of Business Rules.

    Under Rule 18 of the Rules for the Division of Business, a civil case must be designated for assignment to the White Plains courthouse if:

    i.    The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

    ii.    The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

    A civil case may also be designated for assignment to White Plains if:

    iii.    The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

    iv.    At least half of the parties reside in the Northern Counties.

    Here, plaintiff filed the instant complaint in the White Plains courthouse, but failed to attach a civil cover sheet certifying that the case should be assigned to White Plains.

    Moreover, the complaint does not contain any allegations indicating this case should, in fact, be assigned to White Plains under Rule 18. Plaintiff's allegations indicate that none of the parties resides in the Northern Counties. Also, the instant lawsuit arises out of a car accident for which defendant Chauniece Y. Johnson has a civil lawsuit pending in the New York Supreme Court, Bronx County, which suggests that the claim did not arise in the Northern Counties. It appears that the only connection this case has to the Northern Counties is that plaintiff's law firm is located in White Plains, which is not a basis for assigning a case to the White Plains courthouse. Therefore, it does not appear this case was properly designated to White Plains.

Accordingly, by **June 14, 2022**, plaintiff's counsel shall submit a letter either explaining in detail why the case is properly designated for assignment to the White Plains courthouse under Rule 18 or acknowledging that it should be reassigned to the Manhattan courthouse.

Dated:  June 7, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge