**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**

                              **Plaintiff,**

        **-against-**

**NIQUELLE D. SPENCER and CHAUNIECE**
**Y. JOHNSON,**

                            **Defendants.**

**22-cv-4677 (ALC)**

**DEFAULT JUDGMENT**

**ANDREW L. CARTER, JR., United States District Judge:**

On June 6, 2022, State Farm Mutual Automobile Insurance Company ("Plaintiff" or "State Farm") filed a complaint against Niquelle D. Spencer and Chauniece Y. Johnson ("Defendants"). (ECF Nos. 1, 15.)  To date, Defendants have not answered or otherwise responded to the Complaint.  On November 29, 2022, having obtained a clerk's certificate of default, Plaintiff filed a motion for default judgment against Defendants.  (ECF Nos. 29–33.)

The Court issued an Order to Show Cause on December 20, 2022, directing Defendants to show cause in writing why a default judgment for failure to move or otherwise answer the Complaint should not be entered.  (ECF No. 34.)  The Order warned Defendants that failure to respond could be grounds for the Court granting default judgment against Defendants, but Defendants did not respond to the Court's Order.

Accordingly, having considered the Memorandum of Law, the Affidavit of William A. Elder, the Summons and Complaint previously filed in this action, and the Affidavits of Service thereof, it is hereby **ORDERED** that judgment be entered in Plaintiff's favor against Defendants.

The Clerk of Court is respectfully requested to enter judgment and terminate this case.

**SO ORDERED.**


Dated:  April 13, 2023
          New York, New York

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**